11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Jose Luis
Aguilar

Appellant

Vs.                   No.
11-00-00131-CR B
Appeal from Harris County

State of Texas

Appellee

 

Appellant=s counsel has furnished
this court with a copy of a death certificate which shows that appellant died
on November 3, 2001.  The appeal is
permanently abated.  TEX.R.APP.P.
7.1(a)(2).

 

PER CURIAM

 

April 4, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.